IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3255-D

| | | |
|---|---|---|
| OFFIE C. BROWN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DONALD TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On October 21, 2025, Offie C. Brown, Jr. ("Brown" or "plaintiff"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983 [D.E. 1]. Brown moves for leave to proceed in forma pauperis [D.E. 2], to submit evidence [D.E. 4, 11], to amend [D.E. 5, 6, 8, 9, 10], and to voluntarily dismiss the action [D.E. 12].

A plaintiff may dismiss an action voluntarily by filing a notice of dismissal before the adverse party files an answer or a summary judgment motion. See Fed. R. Civ. P. 41(a)(1)(A)(i). Otherwise, a dismissal may be effected "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Defendants have not filed an answer or a motion for summary judgment. Thus, Brown may voluntarily dismiss the action.

In sum, the court GRANTS plaintiff's motion for voluntary dismissal [D.E. 12], DENIES AS MOOT plaintiff's remaining motions [D.E. 2, 4, 5, 6, 8, 9, 10, 11], and DISMISSES WITHOUT PREJUDICE this action. The clerk shall close the case.

SO ORDERED. This 19 day of March, 2026.

JAMES C. DEVER III
United States District Judge